Writ refused. There appears no error of law in the judgment complained of.

203 So.2d 555

**Rosie Diggs CONWAY**

v.

**Albert PATTERSON et al. and Floyd Lakey et al.**

No. 48893.

Nov. 6, 1967.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal the judgment complained of is correct.

203 So.2d 556

**BENEFICIAL FINANCE COMPANY OF MONROE**

v.

**D. L. ALDRIDGE.**

No. 48894.

Nov. 6, 1967.

Writ refused. The judgment of the Court of Appeal is correct.